UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CRIMINAL ACTION NO. 4:10CR-00018-JHM(2)

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.

CHRISTINA ANN GILLETTE                                                       DEFENDANT

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count 3 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I, therefore, recommend that the plea of **GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

**ENTERED** this

## **NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Date of Service:

Copies:     Counsel of Record
U.S. Marshal
U.S. Probation
Kelly Lovell, Courtroom Clerk
Erica Skinner, Case Manager